

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00609-CR

PRESTON DEWAYNE JOHNSON                                    APPELLANT

V.

THE STATE OF TEXAS                                                STATE

------------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Withdraw Notice Of Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  December 21, 2012